IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL BONAZZA,<br><br>Plaintiff,<br><br>vs.<br><br>MUFG UNION BANK<br><br>Defendant.<br>_____________________________ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 26-00408 HG-WRP |

**ORDER ADOPTING WITH MODIFICATION THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DISMISS COMPLAINT WITH LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AS MOOT (ECF No. 7)**

On August 13, 2026, the Magistrate Judge filed the Findings and Recommendation (ECF No. 7). On the same day, Findings and Recommendation was served on all parties. (Id.).

Pursuant to 28 U.S.C. § 636(b)(1) and District of Hawaii Local Rule 74.1, within fourteen days after being served with the findings and recommendation, a party may file written objections in the United States District Court. The objections must specifically designate the portions of the magistrate judge's order or findings and recommendations to which the party is objecting and the basis of the objection. LR 74.1. Here, no objections to the Findings and Recommendation were filed by any party.

On September 2, 2026, Plaintiff filed a letter to the Court stating his preference for payment of any settlement amount.

(ECF No. 8). Plaintiff's letter does not state an objection to the Findings and Recommendation or in any way satisfy the requirements as provided by Local Rule 74.1.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to (1) Dismiss Complaint with Leave to Amend and (2) Deny Application to Proceed Without Prepayment of Fees or Costs as Moot (ECF No. 7) is **ADOPTED WITH MODIFICATION** as the Order of this Court.

## MODIFICATION

1. On page 2, lines 19-20, **DELETE** ("[A] complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face.").
2. On page 3, line 3, **DELETE** ".
3. On page 3, line 4, **DELETE** ".

## CONCLUSION

Plaintiff may file an Amended Complaint and an Application to Proceed Without Prepayment of Costs on or before **Tuesday, October 27, 2026.**

Failure to file an Amended Complaint and an Application to Proceed Without Prepayment of Costs in full conformance with the

Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, September 11, 2026.

Helen Gillmor
United States District Judge

**Michael Bonazza v. MUFG Union Bank**; 26-cv-00408-HG-WRP; ORDER ADOPTING WITH MODIFICATION THE FINDINGS AND RECOMMENDATION TO (1) DISMISS COMPLAINT WITH LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AS MOOT (ECF No. 7).